# NechelesLaw, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gms@necheleslaw.com  
212-997-7400

MEMO ENDORSED

May 15, 2023

5/22/23

Via ECF  
Hon. Colleen McMahon  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Sentencing Adjourned to July 26, 2023 at 11:00 AM.

*United States v. Zvi Zigelman*, 23-cr-65

Dear Judge McMahon:

    We write to respectfully request an approximately 60-day adjournment of Mr. Zigelman's sentencing, which is currently scheduled for June 8.

    Counsel for Mr. Zigelman is working on putting together Mr. Zigelman's sentencing submission and needs additional time for certain parts of it to be completed by third parties—including a forensic psychiatric report that we think will be relevant to the Court's exercise of its § 3553(a) discretion. We therefore respectfully request an approximately two-month adjournment to allow sufficient time for this work to be completed.

    This is Mr. Zigelman's first request for an adjournment of his sentencing. I have spoken to the assigned AUSA and she has no objection to this request.

                                    Respectfully submitted,  
                                      /s/  
                                    Gedalia Stern

cc: AUSA Emily Deininger (via ECF)

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 5/22/23