# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gms@necheleslaw.com
212-997-7400

May 23, 2023

*MEMO ENDORSED*

5/24/23

Sentencing Adj to
Sept. 21, 2023
At 2 PM.

*[signature: Colleen McMahon]*

Via ECF
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*United States v. Zvi Zigelman*, 23-cr-65

Dear Judge McMahon:

    We write to respectfully request a brief adjournment of Mr. Zigelman's recently re-scheduled sentencing.

    As Your Honor is aware, last week we applied for an approximately 60-day adjournment of Mr. Zigelman's June 8 sentencing. *See* Dkt. # 39. The Court then rescheduled Mr. Zigelman's sentencing for July 26. Dkt. # 41.

    Unfortunately, the new date of July 26 presents two problems for Mr. Zigelman and counsel, respectively. First, July 26 is during the Nine Days, the most inauspicious time in the Jewish calendar when the Talmud instructs that people should avoid court. *See* https://en.wikipedia.org/wiki/The_Nine_Days#:~:text=The%20Nine%20Days%20of%20Av,%22Ninth%20of%20Av%22). The Nine Days conclude with the Fast of *Tisha B'Av*, when observant Jews commemorate the destruction of the ancient Temples in Jerusalem. This year, *Tisha B'av* begins on the evening of July 26 and concludes on the 27th.

    Second, under Your Honor's Individual Rules, the defense submission in this case is now due on July 12. My wife and I, however, have a planned vacation abroad from June 29 to July 16.

    For these reasons, we respectfully request an adjournment of Mr. Zigelman's sentencing until a date convenient to Your Honor after August 7, so that counsel has a week to finalize the sentencing submission after he returns from his vacation.

    I apologize to the Court for not including these details in my prior adjournment letter and requiring a second motion to the Court.

    I have spoken to the assigned AUSA and she has no objection to this request.

Respectfully submitted,
/s/
Gedalia Stern

cc: AUSA Emily Deininger (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/23