# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gms@necheleslaw.com
212-997-7400

MEMO ENDORSED

August 22, 2023

8/23/23

Sentencing Adj to
Oct. 18, 2023
At 3:30p.m.

*/s/ Colleen McMahon*

**Via ECF**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York NY 1007

Re: *United States v. Zvi Zigelman*, 23-cr-65

Dear Judge McMahon:

We write to respectfully request an adjournment of Mr. Zigelman's sentencing date.

Mr. Zigelman's sentencing is currently scheduled for Sep. 21. That date falls this year between *Rosh Hashana* and *Yom Kippur,* two of the most important Jewish holidays of the year, and a time when it will be particularly difficult for Mr. Zigelman, his family members, and counsel to appear for sentencing. An adjournment will also give counsel, who have numerous other filing deadlines over the next few weeks, sufficient time to finalize Mr. Zigelman's sentencing submission.

We therefore ask that the Court re-schedule Mr. Zigelman's for a date convenient to the Court after the completion of the Jewish holidays (*Sukkot*) on October 8. We also respectfully ask that the Court not re-schedule the sentencing for November 7 (when counsel have a sentencing for another client), or between November 9 and Thanksgiving (when one of Mr. Zigelman's attorneys will be on vacation out of the country).

We have spoken to AUSA Emily Deininger and she has no objection to this request.

Respectfully submitted,

/s/

Gedalia M. Stern
Susan R. Necheles

cc: AUSA Emily Deininger (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/23