# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

Susan R. Necheles
srn@necheleslaw.com
212-997-7400

~~September~~ Oct 3, 2023

**MEMO ENDORSED**

10/3/23

Sentencing Adj to Dec. 7, 2023 At 11:00 AM

/s/ Colleen McMahon

Via ECF
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Re: *United States v. Zvi Zigelman*, 23-cr-65

Dear Judge McMahon:

I write to respectfully an adjournment of Mr. Zigelman's sentencing.

Mr. Zigelman's sentencing submission is currently due tomorrow. Unfortunately, however, I came down with COVID over the weekend and have not been able to work this week on finalizing the defense submission. I therefore asked the government if they would consent to a week-long adjournment so I could finalize the submission once I felt better.

The government graciously consented to this request, but noted that the week adjournment would create a conflict with an upcoming trial they had. In order to avoid a conflict with that trial, as well as defense counsel's Thanksgiving travel plans, we respectfully request an adjournment of Mr. Zigelman's sentencing until a date convenient to Your Honor in December.

We have spoken to the government and they consent to this request.

Respectfully,

/s/

Susan Necheles

Cc: AUSA Emily Deininger (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/23