# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gms@necheleslaw.com
212-997-7400

*[handwritten: 8/6/25]*

August 1, 2025    *[stamped: MEMO ENDORSED]*

*[handwritten: Request for the return of passport And to travel as requested herein is Granted.]*

**BY ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: *United States. v. Zvi Zigelman*, 23-cr-065

Dear Judge McMahon:

We respectfully write to request permission for Mr. Zigelman to travel to Israel from September 21 to October 5.

Early last year, Mr. Zigelman was sentenced by Your Honor to eighteen months' imprisonment, to be followed by two years of supervised release. Dkt. # 79. Mr. Zigelman has completed his prison term and is now serving his term of supervised release.

Mr. Zigelman now requests permission to travel to Israel for two reasons. First, he would like to visit his elderly parents who live there and whom he has been unable to visit since he was originally arrested in October 2022. Second, as a member of the Belz Hasidic sect, he would like to observe the Jewish High Holy Days (which this year run from September 23 to October 2) in Israel with the Grand Rabbi of Belz—an important religious observance for Mr. Zigelman.

Relatedly, we ask that the Court order the Probation Department to return Mr. Zigelman's passport, which he surrendered as a condition of his bail, to him.

I have spoken to Mr. Zigelman's probation office, who told me she takes no position on this request. The assigned AUSA informed me that she defers to Probation on this request.

Respectfully submitted,

/s/

Gedalia Stern

Cc:    AUSA Emily S. Deininger (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/25